*Ly~14̃5,*

08-102
UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------



FOJP SERVICE CORPRATION, UNITED
JEWISH APPEAL/FEDERATION OF JEWISH
PHILANTHROPIES OF NEW YORK, INC., FEDERATION
THRIFT SHOP, INC. AND ALL THEIR AFFILIATED
AND/OR ASSOCIATED AND/OR SUBSIDUARY SOCIETIES    **Case No. 08-CV-01011** *(6ʲⁱ)*
AND AGENCIES, HOSPITALS, LONG TERM CARE
FACILITIES, AND THEIR AFFILIATED AND/OR
ASSOCIATED AND/OR SUBSIDIARY SOCIETIES AND        **NOTICE OF**
AGENCIES AND ANY ENTITY NOW OR HEREAFTER          **DISMISSAL**
AFFILIATED OR ASSOCIATED WITH THE UNITED
JEWISH APPEAL/FEDERATION OF JEWISH
PHILANTHROPIES OF NEW YORK, INC. OR FOJP
SERVICE CORPORATION OR ANY OF THEIR
AFFILIATES, AND INCLUDING THE JEWISH COMMUNAL
FUND OF NEW YORK AND ALL SUBSIDIARY,
AFFLIATED, OR ALLIED COMPANIES, CORPORATIONS
OR LEGAL ENTITIES OF ANY TIER OWNED OR
CONTROLLED BY THE NAMED INSURED OR FOR WHICH
THE NAMED INSURED IS RESPONSIBLE FOR "ACTIVE
MANAGEMENT", AND OR THE PROVISION AND
MANAGEMENT OF INSURANCE PROTECTION,
HEREINAFTER REFERRED TO AS THE "INSURED"

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY  FILED
> DOC #: _____
> DATE FILED: 4/10/08

                            Plaintiffs

                v.


LEXINGTON INSURANCE COMPANY,

                            Defendant.
----------------------------------------------------------------------------x

        Plaintiffs, by their attorneys, WEG AND MYERS, P.C., hereby dismiss the above

captioned action without prejudice.

Dated:  New York, New York
        April 9, 2008

                                        WEG AND MYERS, P.C.

                            By:         _____
                                        Joshua L. Mallin (JM0474)
                                        Attorneys for Plaintiff
                                        Federal Plaza
                                        52 Duane Street, Second Floor
                                        New York, New York 10007
                                        (212) 227-4210

**SO ORDERED:**

_____
        U.S.D.J.
4/10/08